UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———————————

CALVIN JEROME MOORE,

                Plaintiff,                          Case No.  2:11-CV-345

v.                                                     HON. GORDON J. QUIST

R. CHEATHAM, *et al.*,

                Defendants.

———————————————————/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was filed and sent to Plaintiff on June 15, 2012.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 15, 2012, (docket no. 89), is **approved** and **adopted** as the opinion of the Court.

      **IT IS FURTHER ORDERED** that Plaintiff's motion for a preliminary injunction (docket no. 81) is **denied**.

Dated:  July 11, 2012                          _____/s/ Gordon J. Quist_____
                                           GORDON J. QUIST
                                         UNITED STATES DISTRICT JUDGE